# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

George Edward Fininer
Black/Male, DOB:        1988
SSN:          7398

FILED
JAN 1 9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Case Number: A 12-m-43

I, Clifford Jaeger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 17th, 2012, in Austin, Travis County, in the Western District of Texas, defendant did possess with the intent to distribute Cocaine, a schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment.**

Continued on the attached sheet and made a part hereof:        [X] YES        ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 19th, 2012                                      Austin, Travis County, Texas
_____              AT     _____
Date                                                   City and State


Dennis G. Green, U.S. Magistrate Judge                 _____
_____                              Signature of Judicial Officer
Name and Title of Judicial Officer

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On January 17th, 2012, Detectives with the Austin Police Department executed a narcotics search warrant at a residence located at 5813 Wellington Dr. #B, Austin, Travis County, Texas. Detectives entered the residence, and made contact with George Edward Fininer along with several other subjects. Fininer was detained by Detective Lorett after running down a hallway away from officers.

There were large amounts of powder and crack cocaine in plain view throughout the residence. While frisking Fininer Detective Lorett felt a plastic baggy in his pocket that contained a noticeable lump. Detective Lorett could actually see the plastic bag extending from his pocket. Detective Lorett asked Fininer for consent to search his person, and he nodded his head up and down to indicate yes. Detective Lorett searched this same pocket and found a plastic baggy containing a large amount of crack cocaine. The cocaine was later tested and showed positive results for cocaine with an approximate weight of 37 grams.

Based on the above information, I believe probable cause exists to show that George Edward Fininer has violated Title 21 United States Code, Section 841 (a)(1) in Austin, Travis County, Western Judicial District of Texas.